# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

HOWARD WOOD, JR.                                                                                          PETITIONER
ADC #155339

v.                                            No. 5:16CV00085-JLH

WENDY KELLEY, Director
Arkansas Department of Correction                                                        RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

SO ORDERED this 3rd day of October, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE