IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

UNITED STATES OF AMERICA                                                                                  PLAINTIFF

v.                                              CASE NO. 5:16-CV-00085-LPR

HOWARD WOOD, JR.,                                                                                          DEFENDANT

### ORDER

Pending before the Court is Mr. Wood's Motion for Copies. (Doc. 38). Mr. Wood asks for the "case file to include exhibits filed." Further, Mr. Wood requests that all these documents be provided without costs.

Mr. Wood's motion is granted in part and denied in part. The Clerk of Court is directed to send a copy of the docket sheet to Mr. Wood free of charge. Mr. Wood must then reply to the Court identifying by docket number which specific documents he is seeking. Further, for each document he is seeking Mr. Wood must provide a specific reason that he needs that specific document. After he does so, I will decide which, if any, documents to provide free of charge.

Mr. Wood must reply to this Order within 30 days.

IT IS SO ORDERED THIS 23rd day of September 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE